## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ROSA JANETH MEJORADO,<br><br>Defendant. | 3:22-cr-00048-ART-CLB<br><br>**Protective Order Governing the Disclosure of Confidential Information** |

To expedite the flow of discovery material among the parties, facilitate the prompt resolution of disputes over confidentiality, adequately protect personal identifying information entitled to be kept confidential, and ensure that protection is afforded only to material so entitled, it is, pursuant to the Court's authority under Federal Rule of Criminal Procedure 16 and with the consent of the parties, ORDERED as follows:

1. **Production of Confidential Information that May Be Subject to the Privacy Act, 5 U.S.C. § 552a, to 45 C.F.R. §§ 164.102-164.534, to 42 U.S.C. § 1306, or to Other Privacy Protections**

The United States may produce certain personal identifying information (including dates of birth, Social Security Numbers, street addresses, banking account information) to the defendant. The information produced may be subject to the provisions of the Privacy Act, 5 U.S.C. § 552a, to the provisions of 42 U.S.C. § 1306, or to other privacy protections. The United States shall produce such documents unredacted to the defendant(s). Upon producing these documents to the defendant(s), the United States shall designate them as "confidential."

\\

1

**2. Limits on Further Disclosure**

The defendant(s), including defense counsel and respective personnel, may use these documents only for purposes of the litigation. Defense counsel may disclose documents containing a personally identifiable information for the purposes of the litigation only: to the person whose information is recorded in the documents, to the defendant, investigators employed by the Federal Public Defender, and experts that the defendant seeks to retain. Should the defendant seek to use documents containing personal identifying information during pretrial hearings or trial, absent an agreement between the parties or further order of the Court, the documents shall first be redacted to protect the disclosure of any personal identifying information.

DATED this 12th day of August, 2022.

_____
HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE