# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSA JANETH MEJORADO,<br><br>Defendant. | 3:22-cr-00048-ART-CLB<br><br>**Preliminary Order of Forfeiture** |

This Court finds Rosa Janeth Mejorado pled guilty to Counts 3, 6 and 11 of a 14-Count Criminal Superseding Indictment charging her in Count 3 with wire fraud in violation of 18 U.S.C. § 1343; in Count 6 with bank fraud in violation of 18 U.S.C. § 1344(2); and in Count 11 with aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1). Criminal Superseding Indictment, ECF No. 40; Change of Plea, ECF No. 62; Plea Agreement, ECF No. 63.

This Court finds Rosa Janeth Mejorado agreed to the imposition of the in personam criminal forfeiture money judgment of $307,818.81 set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Superseding Indictment. Criminal Superseding Indictment, ECF No. 40; Plea Agreement, ECF No. 63; Change of Plea, ECF No. 62.

The in personam criminal forfeiture money judgment is (1) any property real or personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1028A(a)(1) with 1028A(c)(5) and 18 USC §§ 1343 and 1344, specified unlawful activities as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B) or a conspiracy to commit such offenses; (2) any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343, or a conspiracy to commit such offense; (3) any

property constituting, or derived from, proceeds obtained directly or indirectly, as the result of violations of 18 U.S.C. §§ 1343 and 1344, affecting a financial institution, or a conspiracy to violate such offenses; and (4) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of violations of 18 U.S.C. § 1028A(a)(1) with 1028A(c)(5); and is subject to forfeiture under 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c) and 18 U.S.C. §§ 982(a)(2)(A) and 982(a)(2)(B).

     This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

     The in personam criminal forfeiture money judgment complies with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Rosa Janeth Mejorado an in personam criminal forfeiture money judgment of $307,818.81.

     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

     DATED <u>May 3, 2023</u>.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE