# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:22-CR-00048-ART-CLB |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| ROSA JANETH MEJORADO, | |
| Defendant. | |

This Court found that Rosa Janeth Mejorado shall pay the in personam criminal forfeiture money judgment of $307,818.81 under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. §§ 982(a)(2)(A) and 982(a)(2)(B); and 21 U.S.C. § 853(p). Criminal Superseding Indictment, ECF No. 40; Change of Plea, ECF No. 62; Plea Agreement, ECF No. 63; Preliminary Order of Forfeiture, ECF No. 64.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $307,818.81 complies with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Rosa Janeth Mejorado the in personam criminal forfeiture money judgment of $307,818.81 under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. §§ 982(a)(2)(A) and 982(a)(2)(B); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED August 29, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE